1  John Ray Nelson, WSBA #16393
2  FOSTER PEPPER PLLC
   618 W. Riverside, Suite 300
3  Spokane, WA  99201-5102
4  Telephone: (509) 777-1600
   Facsimile: (509) 777-1616
5  Email:   nelsj@foster.com
6  *Attorneys for Defendant*
   *SMART Technologies ULC*

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF WASHINGTON
                            AT SPOKANE
9

10 KEY TRONIC CORPORATION, a
   Washington corporation,
11
12              Plaintiff,                      No. 2:16-cv-00028-TOR
13      v.
14 SMART TECHNOLOGIES ULC, a                    MOTION TO APPEAR
   Canadian corporation, V.S.                   PRO HAC VICE
15 ELECTRONICS SDN. BHD., a Malaysian
16 corporation, and FLEXTRONICS SALES
   & MKTG. NORTH ASIA, a Malaysian
17 corporation.
18
19              Defendants.

20
21      Pursuant to Local Rule 83.2(c), I, Brian A. Jones, hereby apply to appear *pro*
22 *hac vice* for defendant SMART TECHNOLOGIES ULC ("SMART") in the above
23 captioned case.
24
25
26

MOTION TO APPEAR PRO HAC VICE - 1          **FOSTER PEPPER PLLC**
Case No. 2:16-cv-00028-TOR                 618 W. RIVERSIDE, SUITE 300
                                           SPOKANE, WASHINGTON  99201-5102
                                           PHONE (509) 777-1600  FAX (509) 777-1616

51500019.2

(a) I am an attorney with the firm of McDermott Will & Emery LLP. My state of residence is Illinois, and my office address is 227 West Monroe Street, Chicago, Illinois 60606. My office phone number is ((312) 984-7694.

(b) I have been admitted to practice in the following courts:

- Supreme Court of Illinois (Bar No.: 6306266)
- United States Court of Appeals for the Federal Circuit
- United States District Court for the Northern District of Illinois

(c) I will associate with John R. Nelson (WSBA No. 16393) of Foster Pepper PLLC, 618 W. Riverside Avenue, Ste. 300, Spokane, Washington 99201. Mr. Nelson's office phone number is (509) 777-1600. Mr. Nelson is a member in good standing of the Bar of the Court and has agreed to serve as local counsel in this case.

(d) There is a particular need for my appearance in this case due to my existing relationship with Defendant SMART, my expertise in the subject matter of this litigation, and my familiarity with the case.

(e) I have never been subject to any disciplinary sanctions by any court or bar association.

MOTION TO APPEAR PRO HAC VICE - 2
Case No. 2:16-cv-00028-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

51500019.2

Respectfully submitted this 3rd day of March, 2016.

*s/ Brian A Jones*
Brian A. Jones, Illinois Bar No. 6306266
MCDERMOTT WILL & EMERY LLP
*Pro Hac Vice Counsel for Defendant SMART*

*s/John Ray Nelson*
John Ray Nelson, WSBA #16393

*Local Counsel for Defendant SMART*

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Motion to Appear Pro Hac Vice through the Court's CM/ECF system on March 3rd, 2016. Notification of this filing will be automatically sent to all counsel of record.

DATED this 3rd day of March, 2016.

*/s/*Pam McCain
Pam McCain

MOTION TO APPEAR PRO HAC VICE - 3
Case No. 2:16-cv-00028-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600   FAX (509) 777-1616

51500019.2