

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

**Conner G. Peretti**
(206) 757-8118 tel
(206) 757-7118 fax

connerperetti@dwt.com

March 10, 2016

Clerk of the Court
US District Court
Eastern District of Washington
PO Box 1493
Spokane, WA 99210

Re: Request for Service of Process via the Clerk on Foreign Corporate Defendant, V.S. Electronics Sdn. Bhd., a Malaysian Corporation
*No. 2:16-cv-00028-TOR*

Dear Clerk:

I and John C. Theiss represent Plaintiff Key Tronic Corporation ("Key Tronic") in the above captioned action, filed on February 1, 2016. Key Tronic requests service of the Second Amended Complaint (Dkt. 4) and the applicable Summons (Dkt. 2-1) on Malaysian Defendant V.S. Electronics Sdn. Bhd. ("VSE") via the Clerk for the United States District Court for the Eastern District of Washington by FedEx with Postal Proof of Delivery.

Such service is permitted by Federal Rule of Civil Procedure 4(h)(2) and 4(f)(2)(C)(ii). There is no internationally agreed means of service in Malaysia and Malaysian Rules of Court 2012, which are still in effect, expressly authorize service of foreign process on a Malaysian corporation by "registered post." While Rule 4(f)(2)(C)(ii) permits service by the Clerk by "any form of mail," Key Tronic requests service by FedEx with Postal Proof of Delivery to best conform to Malaysia's requirement of service by "registered post."

The address for VSE is listed on the Summons (Dkt. 1-3) and is as follows:

> V.S. Electronics Sdn. Bhd.
> PLO 47 Jalan Perindustrian 1
> Senai Industrial Estate (Phase II)
> Senai, 81400
> Malaysia

RECEIVED
MAR 14 2016
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

DWT 29090355v1 0092488-000008

Anchorage   New York        Seattle
Bellevue    Portland        Shanghai
Los Angeles San Francisco   Washington, D.C.

100%                                        www.dwt.com

Please call or email me with any questions or concerns.

Best Regards,

Davis Wright Tremaine LLP

Conner G. Peretti