UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>                     Plaintiff,<br><br>   v.<br><br>SMART TECHNOLOGIES ULC, a Canadian corporation; et al.,<br><br>                     Defendants. | No. 2:16-CV-0028-TOR<br><br>ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION |

BEFORE THE COURT is the parties' Joint Motion for Protective Order Regarding Confidential Information (ECF No. 134). The Court has reviewed the completed record and files herein, and is fully informed.

The Court has reviewed the parties' Stipulation and Proposed Protective Order Regarding Confidential Information (ECF No. 134), which has been jointly submitted by counsel for all parties in this action (except Smart Technologies ULC, against whom all claims have been stayed). For good cause shown, the Motion (ECF No. 134) is **GRANTED**.

ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER
REGARDING CONFIDENTIAL INFORMATION ~ 1

**IT IS HEREBY ORDERED:**

1. The parties' Joint Motion for Protective Order (ECF No. 134) is **GRANTED**.

2. All Confidential Material (in document form or any other form) produced during discovery in the above-captioned action, Case No. 2:16-CV-00028-TOR, shall be disclosed and protected as provided in ECF No. 134.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** January 25, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION ~ 2