# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SMART TECHNOLOGIES ULC, a Canadian corporation; et al.,<br><br>　　　　　　　　　Defendants. | No. 2:16-CV-0028-TOR<br><br>ORDER GRANTING JOINT STIPULATION DISMISSING DEFENDANT V.S. ELECTRONICS SDN. BHD. |

BEFORE THE COURT is Plaintiff Key Tronic Corporation and Defendant V.S. Electronics SDN. BHD.'s Joint Stipulation Dismissing Defendant V.S. Electronics SDN. BHD. (ECF No. 137) (collectively "parties"). The parties jointly stipulate that Plaintiff Key Tronic Corporation's claims against Defendant V.S. Electronics and V.S. Electronics' claims against Plaintiff Key Tronic Corporation shall be dismissed with prejudice and without fees or costs to either party. ECF No. 137. For good cause shown, the stipulation is **APPROVED** and the Motion (ECF No. 137) is **GRANTED**.

ORDER GRANTING JOINT STIPULATION DISMISSING DEFENDANT V.S. ELECTRONICS SDN. BHD. ~ 1

**IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation Dismissing Defendant V.S. Electronics SDN. BHD. (ECF No. 137) is **APPROVED** and **GRANTED,** without fees or costs to either party.

2. Plaintiff Key Tronic Corporation's claims against Defendant V.S. Electronics SDN. BHD. are **DISMISSED WITH PREJUDICE**.

3. Defendant V.S. Electronics SDN. BHD'S claims against Plaintiff Key Tronic Corporation are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **terminate** Defendant V.S. Electronics SDN. BHD from the docket.

**DATED** February 16, 2017.



THOMAS O. RICE
Chief United States District Judge