UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SMART TECHNOLOGIES ULC, a Canadian corporation, V.S. ELECTRONICS SDN. BHD., a Malaysian corporation, and FLEXTRONICS SALES & MKTG. NORTH ASIA, a Malaysian corporation, and STEEL TECHNOLOGIES DE MEXICO, S.A. DE C.V., a Mexican corporation,<br>　　　　　　　　Defendants. | NO: 2:16-CV-0028-TOR<br><br>ORDER OF DISMISSAL AS TO DEFENDANT FLEXTRONICS |

BEFORE THE COURT is Key Tronic and Defendant Flextronics' Joint Motion and Stipulation for Dismissal with Prejudice (ECF No. 155). The motion was submitted for consideration without oral argument. Having reviewed the

ORDER OF DISMISSAL AS TO DEFENDANT FLEXTRONICS ~ 1

motion and the file therein, the Court is fully informed.  The parties have stipulated to the dismissal of Key Tronic's Third Amended Complaint (ECF No. 54) against Flextronics with prejudice and without costs or fees to either party.  Further, the parties have stipulated to the dismissal of Flextronic's counterclaims (ECF No. 59) with prejudice and without costs or fees to either party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Third Amended Complaint filed as to Defendant Flextronics only is **DISMISSED** with prejudice and without costs or fees to either party. Defendant Flextronic's counterclaims against Plaintiff Key Tronic are **DISMISSED** with prejudice and without costs or fees to either party.

The District Court Executive is hereby directed to enter this Order, terminate Defendant Flextronics from this matter, and furnish a copy to the parties.  The file remains open.

**DATED** July 10, 2017.



THOMAS O. RICE
Chief United States District Judge